*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

HARRY DEHOFF, Appellant, v. ADOLF ASPEGREN and Another, Respondents.— Application denied, with ten dollars costs.

HARRY ENGEL, Respondent, v. MUTUAL GARMENT COMPANY, Appellant. — Application denied, with ten dollars costs.

ABRAHAM GONICK, Appellant, v. SAM GOLDFARB, Respondent.— Application denied, with ten dollars costs.

MILDRED PEARLMAN, Respondent, v. YOKOHAMA SPECIE BANK, LIMITED, Appellant.— Application denied, without costs.

WILLIAM R. PETZE, Respondent, v. HORACE WATERS & COMPANY, Appellant.— Application denied, without costs.